AO 440 (Rev. 06/12) Summons in a Civil Action

| | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT**<br>EFFECTED (1) BY ME: **DAVID FILARSKI**<br>TITLE: **PROCESS SERVER** | DATE: **3/20/2020 2:09:15 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

**NOVARTIS PHARMACEUTICALS CORPORATION C/O CORPORATION SERVICE COMPANY, R.A.**

Place where served:

**PRINCETON SOUTH CORPORATE CTR. STE 160  100 CHARLES EWING BLVD.  EWING  NJ  08638**

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

**DOREEN HEASELIN**

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: **F**   AGE: **51-65**   HEIGHT: **5'4"-5'8"**   WEIGHT: **100-130 LBS.**   SKIN: **WHITE**   HAIR: **BROWN**   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____ . _____      SERVICES $ _____ . _____      TOTAL $ _____ . _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 3 / 23 / 2020                              _____ L.S.

SIGNATURE OF **DAVID FILARSKI**
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ROBYN BROOK
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 8, 2021

ATTORNEY: RAYMOND C. SILVERMAN, ESQ.
PLAINTIFF: CURTIS PEDERSON
DEFENDANT: NOVARTIS PHARMACEUTICALS CORPORATION
VENUE: DISTRICT
DOCKET: 3 20 CV 05216 RBL
COMMENT: