THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CURTIS PEDERSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　Defendant. | Case No. 3:20-CV-05216-RBL<br><br>DECLARATION OF JENNIFER L. CAMPBELL IN SUPPORT OF DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND MEMORANDUM OF LAW IN SUPPORT<br><br>**NOTE ON MOTION CALENDAR: MAY 8, 2020** |

I, Jennifer L. Campbell, hereby certify and declare as follows:

1.　　I am an attorney of record representing Defendant Novartis Pharmaceuticals Corporation ("Defendant") in the above-captioned matter. I am over the age of eighteen (18) and otherwise competent to testify to the facts stated herein. I make this declaration based on my review of the documents provided in this litigation.

2.　　Attached as Exhibit 1 is a true and correct copy of a March 12, 2015 medical record of plaintiff from Oregon Health & Science University.

3.　　Attached as Exhibit 2 is a true and correct copy of a May 21, 2018 medical record of plaintiff from Oregon Health & Science University.

DECLARATION OF JENNIFER L. CAMPBELL IN SUPPORT OF DEFENDANT NOVARTIS PHARMACEUTICAL CORPORATION'S MOTION TO DISMISS: CASE NO. 3:20-CV-05216-RBL- 1

PDX\119685\163329\JCA\27716722.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206-622-1711

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.*

Dated this 10th day of April, 2020.

                                          /s/ Jennifer L. Campbell
                                          Jennifer L. Campbell, WSBA #31703

DECLARATION OF JENNIFER L. CAMPBELL IN SUPPORT OF DEFENDANT NOVARTIS PHARMACEUTICAL CORPORATION'S MOTION TO DISMISS: CASE NO. 3:20-CV-05216-RBL- 2

PDX\119685\163329\JCA\27716722.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

# Exhibit 1



| | | |
|---|---|---|
| **OREGON HEALTH & SCIENCE UNIVERSITY** | 3181 S W Sam Jackson Park Road<br>Mailcode: OP17A<br>University Hospital South<br>Portland OR 97239-3011<br>Individual Notes | Pederson, Curtis R<br>MRN: ▓▓▓▓▓, DOB: ▓▓▓▓▓, Sex: M<br>Encounter date: 3/12/2015 |

**Addendum Note by Michael D Dellinger, MD at 03/17/15 1408 (continued)**

    Modules accepted: Level of Service

Electronically Signed by Michael D Dellinger, MD 03/17/15 1408

---

**Progress Notes by Michael Heinrich, MD at 04/06/15 1332**

| | | |
|---|---|---|
| Author: Michael Heinrich, MD<br>Filed: 04/09/15 2106<br>Editor: Michael Heinrich, MD (Physician) | Service: (none)<br>Encounter Date: 4/6/2015 | Author Type: Physician<br>Status: Signed |

Medical Oncology Clinic

Primary Care Provider: Albert Dipiero, MD
Referring Provider: Michael J Mauro, MD
MEMORIAL SLOAN KETTERING CANCER CENTER
1275 YORK AVE
BOX 489
NEW YORK, NY 10065

**SUBJECTIVE:** Mr. Pederson is a 68-year-old male with chronic-phase CML, currently on third-line therapy with nilotinib. His current nilotinib dose is 300 mg once daily.

**INTERVAL HISTORY:** Since last being seen 3 months ago, the patient has had several cerebellar strokes and was hospitalized in the Legacy Health Care System. These were manifested by loss of balance, falling to the ground episodes. The patient had previously been on aspirin, but was started on clopidogrel following these episodes. These episodes were several weeks ago. He has not had any repeat episodes since then. He has been taking the nilotinib without any incident. He denies nausea, vomiting, diarrhea. He has noted decreased hair on his arms and legs and back since being on nilotinib. He denies nausea, vomiting, diarrhea. No peripheral edema. No skin rash. The patient has been losing weight as he has now adopted a vegan plus fish diet. His blood pressure medications were also adjusted following his stroke.

**IMPRESSION:** Chronic-phase chronic myelocytic leukemia. His laboratory studies from last week showed no evidence of pancreatic or liver toxicity. His creatinine was noted to be elevated at 1.8, and his potassium which has been elevated over the last month or so was also elevated at 5.8. We will recheck his creatinine and potassium today. I will follow up with Dr. Dipiero. His EKG shows no evidence of toxicity. His PCRs have been undetectable, although the 1 drawn most recently is still pending.

**PLANS:**
1. Recheck creatinine and potassium today.
2. Continue nilotinib 300 mg once daily.
3. Follow up on PCR result from today.
4. Return to clinic in 3 months for toxicity check, laboratory testing and PCR testing at that time.

Results for PEDERSON, CURTIS R (MRN 06005733) as of 4/6/2015 13:31

| | Ref. Range | 12/12/2013 07:35 | 3/12/2014 07:26 | 3/12/2014 07:26 | 6/18/2014 07:10 | 7/22/2014 11:29 | 9/15/2014 07:07 | 12/19/2014 07:16 |
|---|---|---|---|---|---|---|---|---|



| | 3181 S W Sam Jackson Park Road<br>Mailcode: OP17A<br>University Hospital South<br>Portland OR 97239-3011<br>Individual Notes | Pederson, Curtis R<br>MRN: ▮▮▮▮▮▮ , DOB: ▮▮▮▮▮▮ , Sex: M<br>Encounter date: 4/6/2015 |

**Progress Notes by Michael Heinrich, MD at 04/06/15 1332 (continued)**

| BCR-ABL (INTERNATIONAL SCALE) | No range found | Undetected | | Undetected | Undetected | Undetected | Undetected | Undetected |
|---|---|---|---|---|---|---|---|---|

Problem List:
**Patient Active Problem List**
Diagnosis
- Essential hypertension
- ELEVATED PSA
- LOC OSTEOARTH NOS-HAND
- Intrinsic Asthma, Unspecified
- Tracheomalacia
- FCHL (familial combined hyperlipidemia)
- Central Obesity
- Graves Disease
- Multinodular Goiter
- Fever, Recurrent
- Other Dyspnea and Respiratory Abnormality
- CML (Chronic Myeloid Leukemia)
- Hyperopia
- Regular Astigmatism
- Presbyopia
- Benign neoplasm of skin of trunk, except scrotum
- Myalgia
- Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled
- Linear morphea
- Tinea pedis
- Tinea unguium
- CAD (coronary artery disease)
- Type 2 diabetes mellitus
- Stroke, acute, within 8 weeks

-------------------------------------------------------------------------------------

**Previously Obtained Historical Data**

PMH:
**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Other and unspecified hyperlipidemia<br>    *On treatment since 2005* | |
| • Unspecified essential hypertension<br>    *On treatment since 2006.* | |



| | | |
|---|---|---|
| | 3181 S W Sam Jackson Park Road<br>Mailcode: OP17A<br>University Hospital South<br>Portland OR 97239-3011<br>Individual Notes | Pederson, Curtis R<br>MRN: ███████, DOB: ███████, Sex: M<br>Encounter date: 4/6/2015 |

**Progress Notes by Michael Heinrich, MD at 04/06/15 1332 (continued)**

- High triglycerides
- Obesity
- CML (chronic myelocytic leukemia)
- Tracheomalacia, congenital                                                                 2011
    *Will pass out with coughing, Controlled with cough suppressants.*
- CAD (coronary artery disease)                                                              11/14/13
    *Cath Nov 2013 - Mid LAD myocardial bridge. D1 70% stenosis. RCA 40% mid and 70% PLV stenosis. Not ammenable to PCI. MEd management.*
- Diabetes mellitus
    *HbA1c Jan 2014 - incrased from 6.1 in Aug 2013 to 7.4 in Jan 2014*

PSH:
Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Inguinal hernia repair | | |
| • Laproscopic gallbaldder | | |
| • Tonsil and adenoidectomy | | |
| • Hx removal benign leg tumor | | |

FH:
**Family History**

| Problem | Relation |
|---|---|
| • Stroke | Sister |
| • Stroke | Mother |
| • Cancer<br>  *Uterine* | Mother |
| • Heart Disease<br>  *CHF* | Brother |
| • Diabetes<br>  *Type 1* | Brother |
| • Heart Disease<br>  *Angina in 70's, pipe smoker* | Father |
| • Cancer<br>  *Colon* | Father |
| • Glaucoma | Father |
| • Cancer<br>  *Colon* | Brother |
| • Cancer<br>  *Cervical* | Daughter |

Social:
**History**

| Social History | |
|---|---|
| • Marital Status: | Married |



| | | |
|---|---|---|
| | 3181 S W Sam Jackson Park Road | Pederson, Curtis R |
| | Mailcode: OP17A | MRN: ▮▮▮▮▮▮▮, DOB: ▮▮▮▮▮▮▮, Sex: M |
| | University Hospital South | Encounter date: 4/6/2015 |
| | Portland OR 97239-3011 | |
| | Individual Notes | |

**Progress Notes by Michael Heinrich, MD at 04/06/15 1332 (continued)**

- Spouse Name:           N/A
- Number of Children:    N/A
- Years of Education:    N/A

### Occupational History
- Not on file.

### Social History Main Topics
- Smoking status:        Never Smoker
- Smokeless tobacco:     Never Used
- Alcohol Use:           Yes
    - *Comment: rare*
- Drug Use:              No
- Sexual Activity:       Not on file

### Other Topics                                     Concern
- Not on file

### Social History Narrative
*Works at Oregon State University in Information Technology;
deeply involved with the "One Child One Laptop" Project.
Wife lives in Washington, so he commutes to and from Albany multiple times per week.*

*CAROTID EXAMINATION: 03/10/2015 - IMPRESSION: Abnormal study. On the right there is 50-79% stenosis of the internal carotid artery, less than 70%, and greater than 50% stenosis of the external carotid artery associated with a large amount of plaque at the bifurcation. At the left carotid bifurcation there is a large amount of plaque at the carotid bifurcation with less than 50% stenosis in the internal carotid artery, greater than 50 stenosis of the external carotid artery. Vertebral artery examination*
*was normal on both sides.*

---------------------------------------------------------------------------------------
ROS: 10 system ROS o/w negative except as noted above.  See scanned written ROS form from today's visit.  ROS form reviewed with patient.

Meds:
**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| aspirin EC 81 mg Oral Tablet, Delayed Release (E.C.) | Take 1 Tab by mouth once daily. |



3181 S W Sam Jackson Park Road
Mailcode: OP17A
University Hospital South
Portland OR 97239-3011
Individual Notes

Pederson, Curtis R
MRN: ████████, DOB: ████████, Sex: M
Encounter date: 4/6/2015

**Progress Notes by Michael Heinrich, MD at 04/06/15 1332 (continued)**

| | |
|---|---|
| • AVODART 0.5 mg oral capsule | TAKE ONE CAPSULE BY MOUTH EVERY DAY |
| • benzonatate (TESSALON PERLES) 100 mg Oral capsule | Take 1 Cap by mouth three times daily. |
| • carvedilol 6.25 mg oral tablet | Take 1 tablet by mouth two times daily. Administer with food. |
| • clopidogrel 75 mg oral tablet | Take 1 tablet by mouth once daily. |
| • codeine-guaiFENesin 10-200 mg/5 mL Oral Liquid | Take 5 mL by mouth every eight hours as needed. |
| • FISH OIL 1,000 mg Oral Capsule | 1 cap daily |
| • FLUTICASONE 50 mcg/actuation nasal spray,suspension | PLACE TWO SPRAYS IN EACH NOSTRIL TWICE DAILY |
| • levothyroxine 137 mcg oral tablet | Take 1 tablet by mouth once daily. Indications: HYPOTHYROIDISM |
| • lisinopril 10 mg oral tablet | Take 1 tablet by mouth two times daily. Indications: HYPERTENSION |
| • metFORMIN SR 500 mg oral tablet extended release 24 hr | Take 2 tablets by mouth once daily. Administer with evening meal. |
| • MULTIPLE VITAMINS OR | q.d. |
| • nilotinib 150 mg oral capsule | Take 2 capsules by mouth once daily. Indications: Chronic Myelocytic Leukemia Accelerated Phase |
| • PREDNISONE 10 mg oral tablet | TAKE 4 TABLETS BY MOUTH DAILY FOR 5 DAYS, THEN TAKE 2 TABLETS DAILY FOR 5 DAYS, THEN TAKE 1 TABLET DAILY FOR 5 DAYS. |
| • rosuvastatin 20 mg oral tablet | Take 1 tablet by mouth once daily. |
| • tadalafil (CIALIS) 5 mg oral tablet | Take 1 tablet by mouth once daily as needed. Not to exceed more than once daily. Indications: BENIGN PROSTATIC HYPERTROPHY |
| • TAMSULOSIN 0.4 mg oral capsule,extended release 24hr | TAKE ONE CAPSULE BY MOUTH EVERY DAY |
| • tretinoin 0.025 % topical cream | Apply to affected area every other day. Apply to affected area every other night and continue to taper down to only weekend use as needed. |
| • triamcinolone acetonide 0.1 % topical cream | Apply to affected area three times daily. Apply thin film to affected areas. |
| • triamterene-hydrochlorothiazide 50-25 mg oral capsule | Take 1 capsule by mouth once daily. |

No current facility-administered medications for this visit.


Vitals: There were no vitals taken for this visit.  Pain Score:

ECOG=0

General:  Well developed, well nourished patient.  Neuro: Alert and oriented x 3. Gait normal. Gaze conjugate. HEENT: No scleral icterus.  Neck: No thyroid masses or tenderness.  LN: No cervical, supraclavicular, axillary or inguinal lymphdadenopathy.  Chest: clear to auscultation and percussion.  Heart: No increased JVD. Normal



| | | |
|---|---|---|
| 3181 S W Sam Jackson Park Road | Pederson, Curtis R | |
| Mailcode: OP17A | MRN: ▮▮▮▮▮, DOB: ▮▮▮▮▮ Sex: M | |
| University Hospital South | Encounter date: 4/6/2015 | |
| Portland OR 97239-3011 | | |
| Individual Notes | | |

**Progress Notes by Michael Heinrich, MD at 04/06/15 1332 (continued)**

S1, S2.  No murmur, rub of gallop.  Abdomen: Normal BS, non-tender.  No hepatosplenomegaly.  No abdominal masses.  Extremities: No clubbing, cyanosis or edema.  Skin: No rashes, petechiae, or purpura.

Labs:
No visits with results within 1 Week(s) from this visit.
Latest known visit with results is:

**Lab on 03/30/2015**

| Component | Date | Value |
|---|---|---|
| AMYLASE,PLASMA | 03/30/2015 | 64 |
| GLUCOSE, PLASMA (LAB) | 03/30/2015 | 148* |
| BUN, PLASMA (LAB) | 03/30/2015 | 37* |
| CREATININE PLASMA (LAB) | 03/30/2015 | 1.79* |
| EGFR AFRICAN- AMERICAN | 03/30/2015 | 46* |
| EGFR NON AFRICAN-AMERICAN | 03/30/2015 | 38* |
| SODIUM, PLASMA (LAB) | 03/30/2015 | 130* |
| POTASSIUM, PLASMA  (LAB) | 03/30/2015 | 5.8* |
| CHLORIDE, PLASMA (LAB) | 03/30/2015 | 101 |
| TOTAL CO2, PLASMA (LAB) | 03/30/2015 | 23 |
| CALCIUM, PLASMA (LAB) | 03/30/2015 | 9.0 |
| BILIRUBIN TOTAL | 03/30/2015 | 1.0 |
| TOTAL PROTEIN, PLASMA (L* | 03/30/2015 | 6.9 |
| ALBUMIN, PLASMA (LAB) | 03/30/2015 | 3.5 |
| ALK PHOS | 03/30/2015 | 104 |
| AST(SGOT) | 03/30/2015 | 20 |
| ALT (SGPT) | 03/30/2015 | 26 |
| ANION GAP(ALB CORRECTED) | 03/30/2015 | 7 |
| POTASSIUM CMNT | 03/30/2015 | No Hemo |
| BILI T CMNT | 03/30/2015 | No Hemo |
| AST CMNT | 03/30/2015 | No Hemo |
| ANION GAP | 03/30/2015 | 6 |
| MAGNESIUM,PLASMA | 03/30/2015 | 2.5 |
| PHOSPHORUS, PLASMA  (LAB) | 03/30/2015 | 3.4 |
| URIC ACID, PLASMA (LAB) | 03/30/2015 | 6.0 |
| BILIRUBIN DIRECT | 03/30/2015 | 0.3 |
| BILI D CMNT | 03/30/2015 | No Hemo |
| LD TOTAL, PLASMA | 03/30/2015 | 139 |
| LD CMNT | 03/30/2015 | No Hemo |
| LIPASE  (LAB) | 03/30/2015 | 344 |
| WHITE CELL COUNT | 03/30/2015 | 6.49 |
| RED CELL COUNT | 03/30/2015 | 4.46* |
| HEMOGLOBIN | 03/30/2015 | 11.4* |
| HEMATOCRIT | 03/30/2015 | 35.7* |
| MCV | 03/30/2015 | 80.0 |
| MCHC | 03/30/2015 | 31.9 |
| RDW SD | 03/30/2015 | 42.5 |
| PLATELET COUNT | 03/30/2015 | 236 |
| MPV | 03/30/2015 | 9.2* |



3181 S W Sam Jackson Park Road  
Mailcode: OP17A  
University Hospital South  
Portland OR 97239-3011  
Individual Notes  

Pederson, Curtis R  
MRN: ███████, DOB: ███████, Sex: M  
Encounter date: 4/6/2015  

**Progress Notes by Michael Heinrich, MD at 04/06/15 1332 (continued)**

- NRBC%                      03/30/2015        0.0
- NRBC#                      03/30/2015        0.00
- NEUTROPHIL %               03/30/2015        67.1
- LYMPHOCYTE %               03/30/2015        17.1*
- MONOCYTE %                 03/30/2015        10.3*
- EOS %                      03/30/2015        4.2*
- BASO %                     03/30/2015        0.8
- IMMATURE GRANULOCYTE%      03/30/2015        0.5
- NEUTROPHIL #               03/30/2015        4.36
- LYMPHOCYTE #               03/30/2015        1.11
- MONOCYTE #                 03/30/2015        0.67
- EOS #                      03/30/2015        0.27
- BASO #                     03/30/2015        0.05
- IMMATURE GRANULOCYTE#      03/30/2015        0.03

Imaging:  No images are attached to the encounter.

The patient received education about their disease--including education on management and f/u of their disease.

I discussed the results of the toxicity and efficacy lab monitoring test results with the patient.

Electronically Signed by Michael Heinrich, MD 04/09/15 2106

**Progress Notes by Michael Heinrich, MD at 07/06/15 1356**

Author: Michael Heinrich, MD         Service: (none)                    Author Type: Physician  
Filed: 07/07/15 1613                 Encounter Date: 7/6/2015           Status: Signed  
Editor: Michael Heinrich, MD (Physician)

Medical Oncology Clinic

Primary Care Provider: Albert Dipiero, MD  
Referring Provider: Michael J Mauro, MD  
MEMORIAL SLOAN KETTERING CANCER CENTER  
1275 YORK AVE  
BOX 489  
NEW YORK, NY 10065  

**SUBJECTIVE:**  Mr. Pederson is a 69-year-old male with chronic-phase CML, currently on third-line treatment with nilotinib at a dose of 300 mg per day.  Patient developed resistance on imatinib and was intolerant of bosutinib.

**INTERVAL HISTORY:**  Since last being seen 3 months ago, the patient has continued to do well.  He previously had some diarrhea potentially attributable to the nilotinib, but this is improved with the use of fiber.  He denies nausea or abdominal pain.  No shortness of breath, cough or chest pain.  No skin rash.  No peripheral edema.  The patient has a history of stroke, but no recent symptoms of TIA or stroke.  The patient

# Exhibit 2



**OREGON HEALTH & SCIENCE UNIVERSITY**

3181 S W Sam Jackson Park Road  
Mailcode: OP17A  
University Hospital South  
Portland OR 97239-3011  
HIM ROI Orders/Results

Pederson, Curtis R  
MRN: ████████  DOB: ████████, Sex: M  
Encounter date: 5/21/2018

| | | | | |
|---|---|---|---|---|
| POTASSIUM, POC | 4.7 | 3.4 - 5.0 mmol/L | — | 42 |
| TOTAL CO2, POC | 23 | 22 - 29 mmol/L | — | 42 |
| CHLORIDE, POC | 108 | 97 - 108 mmol/L | — | 42 |
| GLUCOSE, POC | 108 | 70 - 99 mg/dL | H | 42 |
| CALCIUM TOTAL, POC | 9.7 | 8.6 - 10.2 mg/dL | — | 42 |
| BUN, POC | 37 | 6 - 20 mg/dL | H | 42 |
| CREATININE, POC | 1.6 | 0.7 - 1.3 mg/dL | H | 42 |
| ALK PHOS, CMP POC | 70 | 43 - 92 U/L | — | 42 |
| ALT, CMP POC | 33 | 0 - 60 U/L | — | 42 |
| AST, CMP POC | 32 | 0 - 41 U/L | — | 42 |
| BILIRUBIN TOTAL, CMP POC | 0.8 | 0.3 - 1.2 mg/dL | — | 42 |
| ALBUMIN, CMP POC | 3.7 | 3.5 - 4.7 g/dL | — | 42 |
| PROTEIN TOTAL, CMP POC | 6.8 | 6.1 - 7.9 g/dL | — | 42 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **42 - Unknown** | OHSU - MARQUAM HILL, POINT OF CARE TESTS | Unknown | 3181 SW. SAM JACKSON PARK ROAD PORTLAND OR 97239-3098 | 03/31/10 1531 - Present |

**Order Information**

| Date and Time | Department | Ordering/Authorizing |
|---|---|---|
| 5/21/2018  8:43 AM | Center for Hematologic Malignancies at Multnomah Pavilion | Michael Heinrich, MD |

| Release Date/Time | Start Date/Time | End Date/Time |
|---|---|---|
| None | 5/21/2018 | None |

**Order Providers**

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| Michael Heinrich, MD | CHM MA | Michael Heinrich, MD |

**Associated Diagnoses**

| Diagnosis Description | ICD10 |
|---|---|
| **CML (chronic myeloid leukemia) (HCC)** | C92.10 |

Resulted: 03/13/15 1101, Result status: Final result

MRI STROKE BRAIN WO CONTRAST [125727524]

Resulted by:  Arzu Ozturk, MD          Performed:  03/13/15 0705 - 03/13/15 0705  
Accession number:  17877317

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| MR STROKE BRAIN WITHOUT CONTRAST | -- | — | — | 31 |

Result:  
EXAM: MRI brain without contrast

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury, under the laws of the State of Washington, that the following is true and correct:

That on the 10th day of April, 2020, I arranged for service of the foregoing DECLARATION OF JENNIFER L. CAMPBELL IN SUPPORT OF DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND MEMORANDUM OF LAW IN SUPPORT to the parties to this action via the Court's CM/ECF system as follows:

> Brad J. Moore, WSBA #21802
> Email: brad@stritmatter.com
> STRITMATTER KESSLER
> WHELAN KOEHLER MOORE
> 3600 15TH Ave., W., Ste. 300
> Seattle, WA 98119
> Phone: (206) 448-1777
>
> *Attorneys for Plaintiff*

/s/ Jennifer L. Campbell
Jennifer L. Campbell, WSBA #31703

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

PDX\119685\163329\JCA\27716722.1