THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CURTIS PEDERSON,<br><br>            Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>            Defendant. | Case No. 3:20-CV-05216-RBL<br><br>DEFENDANT NOVARTIS PHARMACEUTICAL CORPORATION'S NOTICE OF APPEARANCE |

TO:            Clerk of the Court;

AND TO:    All Counsel of Record.

PLEASE TAKE NOTICE that Defendant Novartis Pharmaceuticals Corporation ("Defendant") appears by and through Jennifer L. Campbell of Schwabe, Williamson & Wyatt, P.C., and without waiver of any objection as to personal jurisdiction, venue, process, service of process, or other claims or defenses in law or equity, does hereby appear in the above-entitled cause by the undersigned attorney and request that all further correspondence and pleadings (except original process) herein be served upon the undersigned attorney at the address below stated.

/ / /

DEFENDANT NOVARTIS PHARMACEUTICAL CORPORATION'S NOTICE OF APPEARANCE: CASE NO. 3:20-CV-05216-RBL - 1

PDX\119685\163329\JCA\27723347.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

Dated this 10th day of April, 2020.

                          SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Jennifer L. Campbell
Jennifer L. Campbell, WSBA #31703
Email: jcampbell@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
*Attorneys for Defendant,*
*Novartis Pharmaceuticals Corporation*

DEFENDANT NOVARTIS PHARMACEUTICAL CORPORATION'S NOTICE OF APPEARANCE: CASE NO. 3:20-CV-05216-RBL - 2

PDX\119685\163329\JCA\27723347.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury, under the laws of the State of Washington, that the following is true and correct:

That on the 10th day of April, 2020, I arranged for service of the foregoing DEFENDANT NOVARTIS PHARMACEUTICAL CORPORATION'S NOTICE OF APPEARANCE to the parties to this action via the Court's CM/ECF system as follows:

> Brad J. Moore, WSBA #21802
> Email: brad@stritmatter.com
> STRITMATTER KESSLER
> WHELAN KOEHLER MOORE
> 3600 15TH Ave., W., Ste. 300
> Seattle, WA 98119
> Phone: (206) 448-1777
>
> *Attorneys for Plaintiff*

/s/ Jennifer L. Campbell
Jennifer L. Campbell, WSBA #31703

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

PDX\119685\163329\JCA\27723347.1